IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**ROHAN RAPHAEL RAMPASSARD**
**Plaintiff,**
v.
**PRESIDENT BARACK OBAMA, GEORGE W. BUSH, BILL CLINTON**
**FBI and CIA**
**Defendants.**

## COMPLAINT

Plaintiff Rohan Raphael Rampassard, by pro se, brings this action to obtain redress for the deprivation and conspiracy to deprive Plaintiff of her federally protected rights as hereafter alleged, and for intentional infliction of emotional distress, and for defamation.

### JURISDICTION

**1.** This Court has subject matter jurisdiction pursuant to (a) 28 U.S.C. § 1331, because the case arises under the Constitution and laws of the United States; (b) 28 U.S.C. § 1343, because this action seeks redress and damages for violation of 42 U.S.C. § § 1983 and 1985 and, in particular, the due process and equal protection provisions of the United States Constitution, including the rights protected in the Fifth and Fourteenth Amendments thereof; and (c) 28 U.S.C. § 1332, since there is diversity of citizenship and this is a civil action involving, exclusive of interest and costs, a sum in excess of $75,000.00. This Court also has jurisdiction over the causes of action alleged in Counts III and IV pursuant to federal pendant jurisdiction

### VENUE

**2.** Venue is appropriate in this judicial district under 28 U.S.C. § 1391(a), because Defendants President Barack Obama, George W. Bush, Bill Clinton, Fbi and Cia don't reside here, and a substantial part of the events giving rise to this Complaint occurred here.

### THE PARTIES

3. Plaintiff Rohan Raphael Rampassard(hereafter "Rampassard") is a citizen of the State of Florida.
4. Defendant President Barack Obama (hereafter "Obama") is a citizen of the State of Illinois or alternatively of the District of Columbia.

5. Defendant George W. Bush (hereafter "Bush") is a citizen of the State of Texas.

6. Defendant Bill Clinton ("hereafter Clinton") is a citizen of the State of Arkansas.

7. The Fbi and Cia are citizens of the United States of America or alternatively of the district of Columbia.

8. IN 1996 THE fbi TOLD CLINTON WHO WAS THEN PRESIDENT THAT I CALLED HIM GAY, CLINTON ASKED WHERE I WAS BECAUSE HE SAID THE CONSTITUTION OF AMERICA SAYS THAT THEY ARE NOT ALLOWED TO BE IN PEOPLE'S HOUSES. THEY(fbi) CONTINUED TO "MONITOR" ME WHICH WAS ILLEGAL ALSO. FLORIDA CONSTITUTION ARTICLE 1

**SECTION 12. Searches and seizures.**--The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures, and against the unreasonable interception of private communications by any means, shall not be violated. No warrant shall be issued except upon probable cause, supported by affidavit, particularly describing the place or places to be searched, the person or persons, thing or things to be seized, the communication to be intercepted, and the nature of evidence to be obtained. This right shall be construed in conformity with the 4th Amendment to the United States Constitution, as interpreted by the United States Supreme Court. Articles or information obtained in violation of this right shall not be admissible in evidence if such articles or information would be inadmissible under decisions of the United States Supreme Court construing the 4th Amendment to the United States Constitution. **History.**--Am. H.J.R. 31-H, 1982; adopted 1982. .

**SECTION 23. Right of privacy.**--Every natural person has the right to be let alone and free from governmental intrusion into the person's private life except as otherwise provided herein. This section shall not be construed to limit the public's right of access to public records and meetings as provided by law. **History.**--Added, C.S. for H.J.R. 387, 1980; adopted 1980; Am. proposed by Constitution Revision Commission, Revision No. 13, 1998, filed with the Secretary of State May 5, 1998; adopted 1998.
 THE U.S. CONSTITUTION
**Amendment 4 - Search and Seizure. Ratified 12/15/1791.**
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.
THE FLORIDA CONSTITUION ARTICLE 1

**SECTION 4. Freedom of speech and press.**--Every person may speak, write and publish sentiments on all subjects but shall be responsible for the abuse of that right. No law shall be passed to restrain or abridge the liberty of speech or of the press. In all criminal prosecutions and civil actions for defamation the truth may be given in evidence. If the matter charged as defamatory is true and was published with good motives, the party shall be acquitted or exonerated. **History.**--Am. proposed by Constitution Revision Commission, Revision No. 13, 1998, filed with the Secretary of State May 5, 1998; adopted 1998. BILL OF RIGHTS OF THE U.S. CONSTITUTION
**Amendment 1 - Freedom of Religion, Press, Expression. Ratified 12/15/1791.** *Note*
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

9. THE CONSTITUTION GIVES THE PEOPLE WETHER ILLEGAL,RESIDENT OR CITIZEN THE FREEDOM TO SPEAK WITHOUT ANY ILLEGAL RETALIATION FROM THE GOVERNMENT. THEY (fbi) WITH THE APPROVAL OF THEN PRESIDENT CLINTON RETALIATED ILLEGALLY BY LETTING THE NEIGHBORHOOD HEAR RAMPASSARD PHONE CONVERSATIONS AND THEY FOUND OUT THAT RAMPASSARD WAS ILLEGAL,LIVING IN APT.4 AND THEY(fbi) CLAIMED THAT MEANS RAMPASSARD WAS A HOMOSEXUAL. THE PEOPLE WERE HOSTILE TOWARDS ME I BELIEVE THAT WAS A RESULT OF IT. RAMPASSARD WAS DEPRESSED AT THE TIME BECAUSE HIS GIRL FRIEND AND HIM WERE BROKEN UP AND SHE HURT RAMPASSARD VERY BADLY AND RAMPASSARD HAD NO IDEA THAT WAS TAKING PLACE. RAMPASSARD GAVE HIS LIFE TO JESUS CHRIST SEPTEMBER 7,1997 AND GOT BAPTISED ON SEPTEMBER 28,1997. THEY (fbi) WERE CONTINUING TO BREAK THE LAWS OF AMERICA & FLORIDA WITH THE ILLEGAL WIRETAPPING AND IN 2001 THEY (fbi ) CALLED THEN PRESIDENT BUSH AND LIED ON RAMPASSARD THAT RAMPASSARD ATTACKED AMERICA BY CALLING AMERICA GAY WITH THE COLOR RED. THEY (fbi) WERE TOLD TO BY BUSH TO LET EVERYONE HEAR WHAT RAMPASSARD WAS SAYING SINCE THEY DID NOT HAVE ENOUGH TO KILL RAMPASSARD (WHICH WOULD HAVE BEEN MURDER BECAUSE THE LAWS OF AMERICA WERE BEING BROKEN) AND TO CONTACT OTHER COUNTRIES AND TELL THEM THAT THEY (fbi) ARE PLAYING A GAME WHICH THEY(fbi) STARTED TO CALL CRISIS. RAMPASSARD GOT FORCE OUT OF WORK BECAUSE OF THEM ALSO(fbi) AND PLAINTIFF RAMPASSARD HAD TO BE MOVING OUT OF WHERE EVER HE WAS LIVING; THE MENTAL PRESSURE THAT THEY(fbi) PUT ON RAMPASSARD IMPLYING THAT THEY WERE GOING TO KILL HIM LEAD RAMPASSARD TO ATTEMPT SUICIDE IN 2002 WHICH DAMAGED RAMPASSARD'S LIVER . PLAINTIFF RAMPASSARD WAS HOSPITALIZED AND TRANSFERRED TO KALAMAZOO PSYCHIATRIC HOSPITAL IN MICHIGAN FOR APROXIMATELY 2 WEEKS AND RELEASED WITH ZOLOFT AND ZYPREXA THAT THEY(fbi) CLAIMED THAT THE PILLS MEANS DOUBLE BACK(homosexual). RAMPASSARD HAVE WORKED ON NUMEROUS OCCASION BUT HAVE BEEN FIRED AFTER 2-3 MONTHS BECAUSE OF THEM (fbi). RAMPASSARD EVEN WAS IN THE U.S. ARMY BUT WAS MEDICALLY DISCHARGED FROM MAY 1- JUNE 2003. RAMPASSARD IS CURRENTLY ON DISABILITY AND HAVE BEEN SINCE 2004. SINCE THAT TIME THEY (fbi,cia)HAVE BEEN AUDIBLY TALKING & SHOWING IMAGES VIA THE SATELITE. THEY(fbi,cia) HAVE ALSO OFFENDED THE OTHER COUNTRIES BY TELLING THEM A VULGAR BAD WORD AFTER THEY ATTACKED THE OTHER COUNTRIES & PEOPLE.

10. THE (cia) HAVE BEEN BREAKING THESES LAWS BY INFLICTING PAINFUL HEADACHES,ACHES,BURNING SENSATION,FEELINGS OF SWELLINGS IN VARIOUS PARTS OF THE BODY,DIZZYNESS AND DISORIENTATION,ITCHES AND SINCE OBAMA WHO IS NOW PRESIDENT THE(cia) ARE STILL FIRING THE SATELITE AT THE PEOPLE INCLUDING RAMPASSARD WITH THE SUFFOCATION,TAPPING ON THE HEART AND SWELLING WHICH IS BREAKING THESE LAWS ARTICLE 1 SECTION 17 OF THE CONSTITUTION OF FLORIDA

**SECTION 17. Excessive punishments.**--Excessive fines, cruel and unusual punishment, attainder, forfeiture of estate, indefinite imprisonment, and unreasonable detention of witnesses are forbidden. The death penalty is an authorized punishment for capital crimes designated by the legislature. The prohibition against cruel or unusual punishment, and the prohibition against cruel and unusual punishment, shall be construed in conformity with decisions of the United States Supreme Court which interpret the prohibition against cruel and unusual punishment provided in the Eighth Amendment to the United States Constitution. Any method of execution shall be allowed, unless prohibited by the United States Constitution. Methods of execution may be designated by the legislature, and a change in any method of execution may be applied retroactively. A sentence of death shall not be reduced on the basis that a method of execution is invalid. In any case in which an execution method is declared invalid, the death sentence shall remain in force until the sentence can be lawfully executed by any valid method. This section shall apply retroactively. **History.**--Am. H.J.R. 3505, 1998; adopted 1998; Am. H.J.R. 951, 2001; adopted 2002. THE U.S. CONSTITUION

**Amendment 8 - Cruel and Unusual Punishment. Ratified 12/15/1791.**
Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. THE U.S. CONSTITUTION

**Amendment 5 - Trial and Punishment, Compensation for Takings. Ratified 12/15/1791.**
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

11. THEY (fbi,cia) HAVE BEEN THREATHENING PLAINTIFF RAMPASSARD SAYING THAT RAMPASSARD HAVE TO DO WHAT THEY TELL HIM TO DO ALSO OR ELSE THEY ARE GOING TO KILL RAMPASSARD (WHICH IS MURDER BECAUSE IT IS WITHOUT DUE PROCESS OF LAW) AND IT IS ILLEGAL

| Title | Chapter 787 |
|---|---|
| **XLVI** | KIDNAPPING; FALSE IMPRISONMENT; LURING OR ENTICING A CHILD; |
| CRIMES | CUSTODY OFFENSES |

**787.02 False imprisonment; false imprisonment of child under age 13, aggravating circumstances.--**
(1)(a) The term "false imprisonment" means forcibly, by threat, or secretly confining, abducting, imprisoning, or restraining another person without lawful authority and against her or his will. THE U.S. CONSTITUTION
**Amendment 5 - Trial and Punishment, Compensation for Takings. Ratified 12/15/1791.**
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. THEY (fbi,cia) HAVE ALSO BEEN HINDERING CHURCH SERVICES WHICH IS ILLEGAL ARTICLE 1 OF THE CONSTITUTION OF FLORIDA **SECTION 3. Religious freedom.**--There shall be no law respecting the establishment of religion or prohibiting or penalizing the free exercise thereof. Religious freedom shall not justify practices inconsistent with public morals, peace or safety. No revenue of the state or any political subdivision or agency thereof shall ever be taken from the public treasury directly or indirectly in aid of any church, sect, or religious denomination or in aid of any sectarian institution. THE U.S. CONSTITUTION
**Amendment 1 - Freedom of Religion, Press, Expression. Ratified 12/15/1791.**
*Note*
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

12. THEY HAVE BEEN ALSO CAUSING INSURRECTION WHICH CAUSED RAMPASSARD TO BE THREATHENED & PUNCHED IN THE MOUTH, RAMPASSARD'S CAR WAS ALSO VANDALIZED AND STOLEN WHICH IS ILLEGAL

| Title XLVI CRIMES | Chapter 876 CRIMINAL ANARCHY, TREASON, AND OTHER CRIMES AGAINST PUBLIC ORDER | View Entire Chapter |
|---|---|---|

**876.36 Inciting insurrection.**--If any person shall incite an insurrection or sedition amongst any portion or class of the population of this state, or shall attempt by writing, speaking, or by any other means to incite such insurrection or sedition, the person so offending shall be guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.
**History.**--s. 3, ch. 1466, 1866; RS 2376; GS 3201; RGS 5031; CGL 7133; s. 706, ch. 71-136; s. 65, ch. 74-383.
**Note.**--Former s. 779.05.
THEIR ACTIONS(fbi,cia) SHOULD BE CLASSIFIED AS TERRORISM

| Title XLVI CRIMES | Chapter 775 DEFINITIONS; GENERAL PENALTIES; REGISTRATION OF CRIMINALS | View Entire Chapter |
|---|---|---|

**775.30 Terrorism; defined.**--As used in the Florida Criminal Code, the term "terrorism" means an activity that:

(1)(a)  Involves a violent act or an act dangerous to human life which is a violation of the criminal laws of this state or of the United States; or
(b)  Involves a violation of s. 815.06; and
(2)  Is intended to:
(a)  Intimidate, injure, or coerce a civilian population;
(b)  Influence the policy of a government by intimidation or coercion; or
(c)  Affect the conduct of government through destruction of property, assassination, murder, kidnapping, or aircraft piracy.
**History.**--s. 1, ch. 2001-356; s. 5, ch. 2001-365; s. 1, ch. 2001-366.
The **USA PATRIOT Act**, commonly known as the "patriot act", is a statute enacted by the United States Government and signed into law by President George W. Bush on October 26, 2001. The contrived acronym stands for *Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001* (Public Law Pub.L. 107-56).
The Act increases the ability of law enforcement agencies to search telephone, e-mail communications, medical, financial, and other records; eases restrictions on foreign intelligence gathering within the United States; expands the Secretary of the Treasury's authority to regulate financial transactions, particularly those involving foreign individuals and entities; and broadens the discretion of law enforcement and immigration authorities in detaining and deporting immigrants suspected of terrorism-related acts. The act also expands the definition of terrorism to include *domestic terrorism, thus enlarging the number of activities to which the USA PATRIOT Act's expanded law enforcement powers can be applied.

*****Terrorism** is, in the most general sense, the systematic use of terror especially as a means of coercion.[1] At present, the International community has been unable to formulate a universally agreed, legally binding, criminal law definition of terrorism.[2][3] Common definitions of terrorism refer only to those violent acts which are intended to create fear (terror), are perpetrated for an

13. OBAMA WHO IS CURRENTLY PRESIDENT HAVE DONE NOTHING TO STOP THEM (fbi,cia) WHO ARE SUPPOSED TO BE UNDER THE FULL CONTROL OF THE PRESIDENT OF AMERICA FROM 1991 INSTEAD OBAMA HAS BEEN PARTAKING WITH THEM IN BREAKING THE LAWS OF AMERICA AND OBAMA WHO IS CURRENTLY PRESIDENT SHOULD BE REMOVED FROM OFFICE AS STATED IN THE U.S. CONSTITUTION Article II - The Executive Branch **Section 4 - Disqualification**

The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

THEY HAVE BEEN DENYING RAMPASSARD HIS BASIC RIGHTS AS SAID IN THE FLORIDA CONSTITUION ARTICLE 1 **SECTION 2. Basic rights.**--All natural persons, female and male alike, are equal before the law and have inalienable rights, among which are the right to enjoy and defend life and liberty, to pursue happiness, to be rewarded for industry, and to acquire, possess and protect property; except that the ownership, inheritance, disposition and possession of real property by aliens ineligible for citizenship may be regulated or prohibited by law. No person shall be deprived of any right because of race, religion, national origin, or physical disability. AND AS STATED IN THE U.S. CONSTITUTION

**Amendment 14 - Citizenship Rights. Ratified 7/9/1868.** *Note History*

1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## COUNT I: DEPRIVATION OF CONSTITUTIONAL RIGHTS AND PRIVILEGES (42 U.S.C. 1983)

14. Plaintiff Rampassard is entitled to the equal protection of the laws under the Fourteenth Amendment of the United States Constitution, and due process of law under the Fifth and Fourteenth Amendments of the United States Constitution..

15. The above-described actions of Clinton,Bush,Obama,fbi,Cia said actions deprived Rampassard of federal equal protection and due process rights guaranteed by the Fifth and Fourteenth Amendments of the United States Constitution, and made actionable by 42 U.S.C. 1983 (The Civil Rights Act).

## COUNT II: CONSPIRACY TO DEPRIVING PERSONS OF EQUAL PROTECTION OF THE LAWS (42 U.S.C. 1985)

16. Clinton,Bush,Obama, Fbi,Cia have been violating parts (2) & (3) in denying Rampassard my rights of equal protection and due process rights guaranteed by the Fifth and Fourteen Amendments of the United States Constitution by telling audibly judges,lawyers,police officers and the people in America that Rampassard is an enemy of America because of the lie they told(fbi) that Plantiff Rampassard was calling America gay with the color red and the flag has red stripes on it which I never said. America has no reputation because of the Freedom of Speech and Press Amendment.

## COUNT III: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS,PAIN AND SUFFERING,MENTAL ANGUISH,PERSONAL INJURY

17. Plaintiff incorporates by reference paragraphs 1 through 15.

18. The conduct of Clinton,Bush.Obama,Fbi,Cia herein set forth is odious, perverse and outrageous. they are wilfull, wanton, reckless, intentional, persistent and continuous. They are extreme, intentional, and caused Rampassard severe emotional distress,mental anguish,pain and suffering including personal injury damage done to his liver.

19. Clinton and Bush are still calling in to the Fbi,Cia about the so called game and Obama,who is still president is acting by himself and through his agents(fbi,cia), as specified above,it has nothing to do with America and is continuing to aggravate further the initial severe emotional damage done to Rampassard.

20. These actions were so outrageous in character, and extreme in degree,it is to be acknowledged as terrorism and it also goes beyond all possible bounds of decency, and to be regarded as atrocious and utterly intolerable in a civilized society.

## COUNT IV: DEFAMATION

21. They have been saying audibly that I try to have sex with a dog in Jamaica,That I am an homosexual, that me and my cousins were involved in some type of sexual misconduct,that a transsexual performed oral sex on me a little,that I eat human feases,I was married to a man because my ex-wife was born in the Cayman Islands,that I am tarzan,that I am lazy and don't want to work and keep a job,that I am crazy,that I am schizophrenic,that I am homosexual America and homosexual fbi and more which I don't remember at this time. The statements were made with malice and not good motives.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests the following relief:

a. Count I, judgment against Defendant Clinton,Bush,Obama,Fbi,Cia for compensatory damages of $ 20,000.000; punitive damages for Defendants wilfull, outrageous and malicious conduct, nominal damages, and such other and further relief as the Court may deem proper.

b. Count II, judgment against Defendant Clinton,Bush,Obama,Fbi,Cia jointly and severally for compensatory damages of $20,000.000; punitive damages for Defendant's wilful, outrageous and malicious conduct, not including the costs of my suit; nominal damages, and such other and further relief as the Court may deem proper.

c. Count III, judgment against Defendant Clinton,Bush,Obama,Fbi,Cia for compensatory damages of $ 100,000.000; punitive damages for Defendant's wilfull, outrageous and malicious statements and conduct, not including the costs of my suit; nominal damages, and such other and further relief as the Court may deem proper.

d. Count IV, judgment against Defendant Clinton.Bush,Obama,Fbi,Cia jointly and severally for compensatory damages of $20,000.000; punitive damages for Defendant's wilful, outrageous and malicious statements and conduct, not including the costs of my suit; nominal damages, and such other and further relief as to order Defendants to stop their unlawful actions as the Court should deem proper.

**JURY TRIAL DEMANDED**

Plaintiff Rampassard demands a trial by jury on each of the counts.
Respectfully Submitted,
ROHAN RAPHAEL RAMPASSARD  By  PRO SE.

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this __10th__ day of __JUNE__, 20 __10__.

__ROHAN RAPHAEL RAMPASSARD__
Printed or typed name of Filer

Signature of Filer: RR

_____
Florida Bar Number

E-mail address: JESUSROHAN1223@YAHOO.COM

__786-718-5529__
Phone Number

Facsimile Number

__4107 NW 7th AVE #2__
Street Address

__MIAMI, FL. 33127__
City, State, Zip Code